## UNITED STATES
### v.
## THIRTY-ONE BUSHELS OF WHEAT

### 1808

#### JOURNAL ENTRIES

1. Libel filed   .   .   .   .   .   .   .   .   .   .   *Journal, infra,* *p. 127
2. Time for hearing fixed; notices ordered .   .   .   .   .   "        137
3. Judgment and decree .   .   .   .   .   .   .   .   .   "        194

110

1. Draft of journal entry, (3) *supra* . . . . . . . . . . .